[No. 33480-1-II.   Division Two.   August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK REED MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00213-1, Robert L. Harris, J., entered June 2, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 33590-5-II.   Division Two.   August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN GENE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01709-1, Frederick W. Fleming, J., entered July 22, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 33662-6-II.   Division Two.   August 11, 2006.]

JOHN E. DIEHL, *Appellant*, v. THE WESTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-2-00128-4, M. Karlynn Haberly, J., entered August 9, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 33737-1-II.   Division Two.   August 11, 2006.]

DANIEL HAUGSNESS, *Appellant*, v. PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-13453-1, D. Gary Steiner, J., entered September 6, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.